1  Frank S. Hedin (SBN 291289)
   **HEDIN LLP**
2  1395 Brickell Ave., Suite 610
3  Miami, Florida 33131-3302
   Telephone: (305) 357-2107
4  Facsimile: (305) 200-8801
   E-Mail: fhedin@hedinllp.com
5
6  **GUCOVSCHI ROZENSHTEYN, PLLC.**
   Adrian Gucovschi (State Bar No. 360988)
7  165 Broadway, Fl. 23
   New York, NY 10006
8  Telephone: (212) 884-4230
   Facsimile: (212) 884-4230
9  E-Mail: adrian@gr-firm.com

10 *Attorneys for Plaintiff*

11
                        **UNITED STATES DISTRICT COURT**
12
                       **NORTHERN DISTRICT OF CALIFORNIA**
13

14 | JESSE CUSTER, individually and on behalf of all others similarly situated, | Case No.   4:26-cv-01010 |
15 |---|---|
16 | Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
17 | v. | |
18 | SPINX GAMES, LTD. | |
19 | Defendant. | |
20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF ADDRESS

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Attorney Adrian Gucovschi, counsel of record for Plaintiff, Jesse Custer hereby changes the mailing address of record in the above-captioned matter to the following:

New Mailing Address for:

GUCOVSCHI LAW FIRM, PLLC.
165 Broadway, FL 23
New York, NY 10006
Email: adrian@gucovschilaw.com

All future notices, filings, and correspondence should be directed to the new address and e-mail listed above.

Dated:  February 3, 2026.                    Respectfully submitted,

                                                    **GUCOVSCHI LAW FIRM, PLLC.**

By: */s/ Adrian Gucovschi*

Adrian Gucovschi (State Bar No. 360988)
165 Broadway, Fl. 23
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Attorneys for Plaintiff*