| | |
|---|---|
| 1 | Frank S. Hedin (SBN 291289) |
| 2 | **HEDIN LLP** |
|   | 1395 Brickell Ave., Suite 610 |
| 3 | Miami, Florida 33131-3302 |
|   | Telephone: (305) 357-2107 |
| 4 | Facsimile: (305) 200-8801 |
| 5 | E-Mail: fhedin@hedinllp.com |
| 6 | **GUCOVSCHI ROZENSHTEYN, PLLC.** |
|   | Adrian Gucovschi (State Bar No. 360988) |
| 7 | 165 Broadway, Fl. 23 |
|   | New York, NY 10006 |
| 8 | Telephone: (212) 884-4230 |
|   | Facsimile: (212) 884-4230 |
| 9 | E-Mail: adrian@gr-firm.com |
| 10 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CUSTER, individually and on behalf of all others similarly situated, | Case No. 4:26-cv-01010 |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | **COMPLAINT FILED: FEBRUARY 2, 2026** |
| SPINX GAMES, LTD. | |
| Defendant. | |

1   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2   named parties, there is no interested entities or persons to report.

3   Dated:  February 5, 2026.                    Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC.**

By: */s/ Adrian Gucovschi*

Adrian Gucovschi (State Bar No. 360988)
165 Broadway, Fl. 23
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

-and-

**HEDIN, LLP.**
Frank S. Hedin (SBN 291289)
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Attorneys for Plaintiff*