Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM, PLLC**
165 Broadway, 23rd Floor
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff and Putative Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CUSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPINX GAMES, LTD.<br><br>Defendant. | Case No. 3:26-cv-01010-VC<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL ARBITRATION AND TO STAY CASE**<br><br>(DEMAND FOR JURY TRIAL) |

NOTICE OF NON-OPPOSITION

## NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL ARBITRATION AND TO STAY CASE

Plaintiff Jesse Custer hereby submits this notice of non-opposition to the Motion to Compel Arbitration (ECF No. 27 (the "Motion")) filed by Defendant, so as to enable the arbitrator to decide threshold questions concerning the arbitrability of this dispute.  Plaintiff agrees with Defendant's position, as set forth in the Motion, that this matter should be stayed pending the completion of such arbitration

Dated:  June 1, 2026.                              Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC.**

By: */s/ Adrian Gucovschi*

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM, PLLC.**
165 Broadway, Fl. 23
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Attorneys for Plaintiff*

NOTICE OF NON-OPPOSITION                                                      1